**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:09 CV 513**

| | |
|---|---|
| **THE OHIO CASUALTY INSURANCE COMPANY** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>)<br>**MICHAEL WILLIAMS & ANGELIQUE WILLIAMS** )<br>)<br>Defendants. )<br>) | |

Tilley, Senior J.

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) on January 15, 2010 [Docket # 18]. Plaintiff filed objections on January 29, 2010 [Doc. # 20]. Defendant filed a Response to Plaintiff's Objections on February 11, 2010 [Doc. # 22]. Because timely objection was made to portions of the Recommendation, the Court's review was de novo.

Based on this review, the Recommendation is adopted in full and the Court declines to exercise its jurisdiction over the declaratory judgment action at this time. For the reasons stated in the Magistrate Judge's Recommendation, Defendants' Motion to Stay or, in the Alternative, to Dismiss

Without Prejudice [Doc. # 5] is **GRANTED and this action is hereby DISMISSED WITHOUT PREJUDICE**. A judgment dismissing this action will be entered contemporaneously with this Order.

This the 13th day of September, 2010

/s/   N. Carlton Tilley, Jr.
Senior United States District Judge